■ JEAN CASSAVECCA, Respondent, v AIRPORT TRANSPORTATION SERVICES, INC., et al., Appellants.

In light of a prior determination granting the plaintiff leave to interpose an amended bill of particulars alleging, for the first

time, augmented injuries with an apparent psychological or psychiatric component, the defendants should have been granted a brief additional period of time within which to conduct a single psychological or psychiatric examination of the plaintiff (*see, Mignott v Sears, Roebuck & Co.,* 86 AD2d 794; *Goldman v Linkoff,* 45 AD2d 709; *see also, Buerger v County of Erie,* 101 AD2d 1025). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.